Lawrence Verline WILDER,
Sr., Plaintiff–Appellant,

v.

Marc Alan GREIDINGER,
Defendant–Appellee.

No. 08–1131.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 4, 2008.

Lawrence Verline Wilder, Sr., Appellant Pro Se. Marc Alan Greidinger, Springfield, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's orders denying his Fed. R.Civ.P. 60(b) motion to reopen his 1997 breach of contract action, and his motion to vacate the denial of the motion to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-

---

trict court. *Wilder v. Greidinger,* No. 1:97–cv–02283–WDQ (D.Md. Dec. 5, 2007 & Dec. 17, 2007). We deny Wilder's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*